```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      ) No. CR-11-108-EFS-2
                               )
          Plaintiff,           ) ORDER GRANTING UNOPPOSED MOTION
                               ) TO MODIFY AND SETTING ADDITIONAL
v.                             ) CONDITIONS OF RELEASE
                               )
BRENT T. JOHNSON,              )
                               )
          Defendant.           )
                               )
_____)
```

Before the court is Defendant's unopposed Motion to Modify. (ECF No. 349.)

**IT IS ORDERED** the Defendant's Motion to Modify (**ECF No. 349**) is **GRANTED**. The Defendant may be employed outside the Eastern District of Washington. He shall be subject to the following additional conditions of release:

1. Defendant shall provide his contact information to U.S. Probation Officer Carlson.

2. Courtesy supervision shall be arranged in the district where Defendant is employed.

3. Prohibited substance abuse testing shall continue in the supervising district.

4. Defendant shall attend at least three AA/NA meetings per week and he shall provide confirmation to U.S. Probation Officer Carlson.

5. Defendant shall contact his attorney and Pretrial Services at least once per week.

ORDER GRANTING UNOPPOSED MOTION TO MODIFY AND
SETTING ADDITIONAL CONDITIONS OF RELEASE - 1

6. If the location of Defendant's employment changes, he must confirm there is no opposition from the United States or Pretrial Services prior to any location change.

All other conditions shall remain in effect.

DATED July 31, 2012.

```
                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE
```