UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRENT T. JOHNSON,<br><br>        Defendant. | No. CR-11-108-EFS-2<br><br>**ORDER GRANTING UNOPPOSED MOTIONS TO EXPEDITE AND TO MODIFY** |

    Before the court is Defendant's Agreed Motion to Modify Detention Order, ECF No. 572, and Motion to Expedite. The court having reviewed the reasons for the request,

    **IT IS ORDERED**, for good cause shown, that the Agreed Motion to Modify Detention Order, **ECF No. 572,** is **GRANTED**. Defendant may be temporarily employed in Fresco, California as set forth in the unopposed Motion. He shall abide by all previously set conditions of release, and shall regularly participate in random drug testing (to be confirmed by Pretrial Services) when working outside the District. The Motion to Expedite, **ECF No. 573,** is **GRANTED.**

    DATED January 11, 2013.

                        S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2